FILED: March 30, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 20-1368
(1:19-cv-00632-LMB-JFA)

---

SVETLANA LOKHOVA

Plaintiff - Appellant

v.

STEFAN A. HALPER; DOW JONES AND COMPANY, INCORPORATED, d/b/a The Wall Street Journal; THE NEW YORK TIMES COMPANY; WP COMPANY LLC, d/b/a The Washington Post; NBCUNIVERSAL MEDIA, LLC, d/b/a MSNBC

Defendants - Appellees

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Case Number | 1:19-cv-00632-LMB-JFA |
| Date notice of appeal filed in originating court: | 03/27/2020 |
| Appellant(s) | Svetlana Lokhova |
| Appellate Case Number | 20-1368 |
| Case Manager | Joy Hargett Moore<br>804-916-2702 |